USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/07/2025__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JUDITH ADELA FERNANDEZ MARINEZ,

                    Plaintiff,

          -against-

KSR VENTURE, LLC.,

                   Defendant.
-----------------------------------------------------------------X

**25-CV-8303 (PAE) (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on December 5, 2025 (doc. no 9) the

Initial Case Management Conference currently scheduled for **January 6, 2026** is hereby

adjourned *sine die*.

       **SO ORDERED.**

DATED:      New York, New York
            December 7, 2025

                                     _____
                                     KATHARINE H. PARKER
                                     United States Magistrate Judge